UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA            )
                                    )            No. 3:11-00143
            v.                      )
                                    )            JUDGE BRYANT
JERRY FAULKNER                      )

## ORDER

This matter comes before the Court on the Government's Motion to Unseal the Indictment.

It is hereby ordered that:

The Motion is granted.

_____
HONORABLE JOHN BRYANT
UNITED STATES MAGISTRATE JUDGE

Dated: _September 2, 2011_